In opposition to the motion for summary judgment, defendant failed to set forth facts creating an issue of fact for trial. Defendant contends on appeal that there is an issue of fact concerning the negligence of plaintiff in delivering the check to its Florida office rather than directly to the Internal Revenue Service. The fact that an employee of plaintiff dishonestly altered the check did not relieve defendant of its liability for the improper acceptance of the check *(see, Tonelli v Chase Manhattan Bank,* 41 NY2d 667, 671-672). There is no showing here that the manner in which the check was written facilitated the alteration of the check.

There is no merit to defendant's contention that the action was not brought by the proper party. (Appeal from Order of Supreme Court, Monroe County, Patlow, J.—Summary Judgment.) Present—Denman, P. J., Doerr, Boomer, Pine and Balio, JJ.

■ TIMOTHY J. SHERMAN, an Infant, by His Parent and Natural Guardian, LAURA SHERMAN, et al., Appellants, v DAVID J. ROBINSON, an Infant, by His Parent and Natural Guardian, JAMES ROBINSON, et al., Appellants, and ALASKAN OIL, INC., Doing Business as AOK STORE, Respondent, et al., Defendant. (Appeal No. 1.)—Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Hurlbutt, J. *(see, Stewart v Taylor,* 167 AD2d 846, *lv denied* 77 NY2d 805). (Appeal from Order of Supreme Court, Oswego County, Hurlbutt, J.—Summary Judgment.) Present—Denman, P. J., Doerr, Boomer, Pine and Balio, JJ.

■ TIMOTHY J. SHERMAN, an Infant, by His Parent and Natural Guardian, LAURA SHERMAN, et al., Appellants, v DAVID J. ROBINSON, an Infant, by His Parent and Natural Guardian, JAMES ROBINSON, et al., Defendants, and ALASKAN OIL, INC., Doing Business as AOK STORE, Respondent. (Appeal No. 2.)—Appeal unanimously dismissed without costs *(see, Empire Ins. Co. v Food City,* 167 AD2d 983). (Appeal from Order of Supreme Court, Oswego County, Hurlbutt, J.—Reargument.) Present—Denman, P. J., Doerr, Boomer, Pine and Balio, JJ.

■ LEONA M. NESBITT et al., Appellants, v MONICA L. JACKSON et al., Defendants, and THOMAS J. O'BRIEN et al., Doing Business as COLONIAL LODGE, Respondents.—Order unanimously modified on the law and as modified affirmed without costs, in accordance with the following Memorandum: Plaintiffs appeal from an order granting defendants' motion